IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-12618-J
_____

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

_____

On Appeal from the United States
District Court for the Southern District of Florida
_____

ORDER:

"Appellants' Motion to Consolidate Appeals" is DENIED AS MOOT IN PART, GRANTED IN PART, and DENIED WITHOUT PREJUDICE IN PART.

To the extent that Appellants seek to consolidate the cases listed in Appendix A of their motion, the motion is DENIED AS MOOT. All appeals already are proceeding together under this appeal no. 21-12618, and consolidation is unnecessary. All party filings must be docketed only in this appeal no. 21-12618.

With respect to Appellants' motion to consolidate briefing and other filings, the motion is GRANTED IN PART. Appellants are DIRECTED to file a single initial brief, reply brief, and other joint filings on behalf of all Appellants.

Three groups of Appellees responded to Appellants' motion: (1) the "Retailer and Distributor Defendants-Appellees," (2) the "Generic Manufacturer Defendants-Appellees," and (3) the "Brand Manufacturer Defendants-Appellees." Each of the three groups of Appellees is DIRECTED to file a single response brief and other joint filings on behalf of its group of Appellees. For example, the Retailer and Distributor Defendants-Appellees shall file a separate

response brief, the Generic Manufacturer Defendants-Appellees shall file a separate response brief, and the Brand Manufacturer Defendants-Appellees shall file a separate response brief

Appellees indicate that they will file motions to dismiss for lack of jurisdiction. Any motions to dismiss for lack of jurisdiction must be filed within 21 days after the district court rules on the pending motions filed under Fed. R. Civ. P. 54(b) (Docs. 3933 & 3934). Appellees are DIRECTED to file monthly status reports, due on the 15th of each month, regarding the status of these motions in the district court.

Briefing is STAYED pending a disposition on the motions to dismiss.

Appellants' request for additional words for the initial brief and other briefs is DENIED WITHOUT PREJUDICE to re-filing a motion for additional words for the briefing after a disposition on the motions to dismiss.

The Clerk's Office's suspension of deadlines is LIFTED. The Civil Appeal Statement, the Transcript Information Form, and any unfiled Certificates of Interested Persons are due within 14 days after the date of this order.

In lieu of the using the full caption for this appeal, the Clerk's Office and the parties may use "In re: Zantac (Ranitidine) Products Liability Litigation" and appeal no. 21-12618 to caption filings in this appeal.

"Appellants' Motion to Expedite Appeals" is DENIED.

/s/ Britt C. Grant
UNITED STATES CIRCUIT JUDGE