**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 18, 2023

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 21-12618-J
Case Style: Frank Chandler v. Glenmark Pharmaceuticals, Inc. USA, et al
District Court Docket No: 9:20-md-02924-RLR
Secondary Case Number: 9:20-cv-81865-RLR

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. <u>Although not required</u>, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

<u>Briefing</u>
Pursuant to 11th Cir. R. 31-1, the appellant's brief is due on or before <u>November 17, 2023</u> *as to Appellant's Joshua Bodey, Arnold Burnett, Ruth Colbert, Loraine Comerford, Robert Comerford, La Tonya Darocha, Gloria Doby, Peggy Ford, Jason Hoback, Jeffrey Johnson, Hope McLeod, Garrett Mullins, Patricia O'Driscoll, Nester Osorio, Nicolas Reyna, Catherine Smart, Daniel Smart, Alva Taylor, Henry Wessman and Raymond Wishop.* The appendix is due 7 days after the appellant's brief is filed. An incarcerated pro se party is not required to file an appendix.

The appellee's brief is due within 30 days after the service of the last appellant's brief. The appellant's reply brief, if any, is due within 21 days after the service of the last appellee's brief. This is the only notice you will receive regarding the due date for briefs and appendices.

Please see FRAP 32(a) and the corresponding circuit rules for information on the form of briefs and FRAP 32(b) and 11th Cir. Rules 30-1 and 30-2 for information on the form of appendices.

This is the only notice you will receive concerning the due date for filing briefs and appendices. <u>See</u> Fed.R.App.P. 28, 30, 31, 32, the corresponding circuit rules, General Order 39 and the Guide to Electronic Filing for further information. Pro se parties who are incarcerated are not required to file an appendix.

If you have not entered your appearance in this appeal, please note that the clerk may not process your filings. See 11th Cir. R. 46-6. Appearance of Counsel Forms are available on the court's Web site.

Attorneys must file briefs electronically using the ECF system. Use of ECF does not modify the requirements of the circuit rules that counsel must also provide four (4) paper copies of a brief to the court, nor does it modify the requirements of the circuit rules for the filing of appendices in a particular case.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

BR-1CIV Civil appeal briefing ntc issued