# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

Nos. 21-12618; 21-14325; 23-10640; 23-11080; 23-12584; 23-12742; 23-13155; 23-13182; and 23-13283

_____

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:20-md-02924-RLR

_____

ORDER:

The motions for an extension of time to and including July 25, 2024 to file Appellees' response briefs are GRANTED, with the appendices, if any, due 7 days after the filing of the briefs.

/s/ Jill Pryor
UNITED STATES CIRCUIT JUDGE