# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

Nos. 21-12618 et al.

_____

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

_____

FRANK CHANDLER,

                                                *Plaintiff-Appellant,*

versus

GLENMARK PHARMACEUTICALS, INC. USA,
MARLENE GOLDENBERG,
APOTEX CORP.,
MICHAEL MCCANDLESS,
BRAD ALDRIDGE, et al.,

                                                *Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:20-md-02924-RLR

_____

ORDER:

On or before September 30, 2025, the parties in case nos. 21-12618, 21-14325, 23-10640, 23-11080, 23-12584, 23-12742, 23-13155, 23-13182, and 23-13283, are DIRECTED to file notices identifying which specific district court orders they are appealing, by case and master docket entry number. The parties shall also identify which claim and/or issue the order applies to.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION