**Nos. 21-12618; 23-10640; and 23-13182**

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY
LITIGATION

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
D.C. Docket No. 9:20-md-02924-RLR

**DEFENDANT-APPELLEE WOCKHARDT USA LLC'S
STATUS REPORT**

Clifford Katz
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7609
ckatz@kelleydrye.com

*Counsel for Defendant-Appellee
Wockhardt USA LLC*

## <u>WOCKHARDT USA LLC'S STATUS REPORT</u>

Pursuant to the Court's August 8, 2025 Order, Wockhardt USA LLC (f/k/a Wockhardt USA Inc.) hereby reports that the bankruptcy petition it filed pursuant to chapter 7 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the District of New Jersey, Case No. 25-17287-SLM, remains pending.

Dated:  March 16, 2026

Respectfully Submitted,

KELLEY DRYE & WARREN LLP

*/s/ Clifford Katz*
Clifford Katz
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: 212-808-7811
ckatz@kelleydrye.com

*Counsel for Defendant-Appellee*
*Wockhardt USA LLC*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that this status report contains 53 words. This notice complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 14-point Century Schoolbook font.

<u>*/s/ Clifford Katz*</u>
Clifford Katz

3

## CERTIFICATE OF SERVICE

I, Clifford Katz, hereby certify that on March 16, 2026, I electronically filed the foregoing DEFENDANT-APPELLEE WOCKHARDT USA LLC'S STATUS REPORT with the Clerk of Court using the CM/ECF system, which will provide automatic notification to all counsel of record.

/s/ Clifford Katz
Clifford Katz